```
                                            USDC SDNY
                                            DOCUMENT
                                            ELECTRONICALLY FILED
                                            DOC #: _____
                                            DATE FILED:  05/08/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY             :
COMPANY OF AMERICA,                     :
                                        :
                    Plaintiff,          :     **ORDER**
                                        :
        -v-                             :     23-CV-331 (LAP) (JLC)
                                        :
CLOUD OCEAN LINE LIMITED, *et al.*,     :
                                        :
                    Defendants.         :
------------------------------------------------------------X

------------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY             :
COMPANY OF AMERICA,                     :
                                        :
                    Plaintiff,          :
                                        :     23-CV-334 (LAP) (JLC)
        -v-                             :
                                        :
COHESION FREIGHT (HK) LIMITED, *et al.*,:
                                        :
                    Defendants.         :
------------------------------------------------------------X

------------------------------------------------------------X
FEDERAL INSURANCE COMPANY, *et ano.*,   :
                                        :
                    Plaintiffs,         :
                                        :     23-CV-2374 (LAP) (JLC)
        -v-                             :
                                        :
TERRA WORLDWIDE LOGISTICS LLC, *et al.*,:
                                        :
                    Defendants.         :
------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

1

By Orders of Reference dated May 8, 2023 (23-CV-331, Dkt. No. 42; 23-CV-334, Dkt. No. 23; 23-CV-2374, Dkt. No. 24), Judge Preska referred these related cases to me for settlement.  The parties are directed to advise the Court within 30 days when they wish to schedule the settlement conference.  The parties should do so by filing a letter-motion on the docket that indicates at least three dates that are mutually convenient for the parties.  Alternatively, counsel are free to e-mail my deputy clerk, David Tam, at David_Tam@nysd.uscourts.gov to find a mutually convenient date for the parties and the Court.

The settlement conference will be in-person.  All participants in the conference (attorneys, clients, and any interpreters) must comply with the Court's most recent COVID-19 Protocol (available at https://www.nysd.uscourts.gov/covid-19-coronavirus).

**SO ORDERED.**

Dated: May 8, 2023
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge