UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>CLOUD OCEAN LINE LIMITED, et al.,<br><br>                Defendants. | 23-CV-0331 (JGLC) |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                Plaintiff,<br><br>-against-<br><br>COHESION FREIGHT (HK) LIMITED, et al.,<br><br>                Defendants. | 23-CV-0334 (JGLC) |
| FEDERAL INSURANCE COMPANY, et ano.,<br><br>                Plaintiffs,<br><br>-against-<br><br>TERRA WORLDWIDE LOGISTICS LLC, et al.,<br><br>                Defendant(s). | 23-CV-2374 (JGLC) |

**<u>NOTICE OF REASSIGNMENT</u>**

JESSICA G. L. CLARKE, United States District Judge:

This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, except that any currently scheduled conference or oral argument before the Court is adjourned pending further order of the Court. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: July 20, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge