UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                  Plaintiff,<br><br>-against-<br><br>CLOUD OCEAN LINE LIMITED, et al.,<br><br>                  Defendants. | 23-CV-0331 (JGLC) |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                  Plaintiff,<br><br>-against-<br><br>COHESION FREIGHT (HK) LIMITED, et al.,<br><br>                  Defendants. | 23-CV-0334 (JGLC) |
| FEDERAL INSURANCE COMPANY, et ano.,<br><br>                  Plaintiffs,<br><br>-against-<br><br>TERRA WORLDWIDE LOGISTICS LLC, et al.,<br><br>                  Defendant(s). | 23-CV-2374 (JGLC) |

**<u>ORDER OF DISMISSAL</u>**

JESSICA G. L. CLARKE, United States District Judge:

The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled actions are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the actions within **30 days of the date of this Order** if the settlement is not consummated.

To be clear, any application to reopen must be filed by the aforementioned deadline; any application to reopen filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Section 6(a) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are cancelled. The Clerk of Court is directed to CLOSE the cases.

Dated: September 27, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge